UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WESLEY PAUL CHERAMIE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-201** |
| **JERRY LARPENTER, ET AL.** | **SECTION "J"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge (Rec. Doc. 12), and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Wesley Paul Cheramie's 42 U.S.C. § 1983 complaint against the defendants, Sheriff Jerry Larpenter, Major Begeron, Medical Director Pete Neil, Lieutenant Clark, Sergeant Chase Blanchard, and Corporal Kira, is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. §§ 1915, 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 21st day of April, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE