UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESLEY PAUL CHERAMIE | CIVIL ACTION |
| VERSUS | NO. 20-201 |
| JERRY LARPENTER, ET AL. | SECTION "J"(4) |

### ORDER

Before the Court are Plaintiff Wesley Paul Cheramie's *Objections to Magistrate Judge's Report and Recommendation* **(Rec. Doc. 21)**. Considering the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation (Rec. Doc. 12), the Court finds the objections frivolous. The Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Wesley Paul Cheramie's 42 U.S.C. § 1983 complaint against the defendants, Sheriff Jerry Larpenter, Major Begeron, Medical Director Pete Neil, Lieutenant Clark, Sergeant Chase Blanchard, and Corporal Kira, is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 23rd day of April, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE